# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: '23 MJ00215 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 18 U.S.C. §§ 751(a) and 4082(a) - Escape Federal Custody (Felony) |
| RAUL RODRIGUEZ, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about October 25, 2022, within the Southern District of California, defendant Raul Rodriguez did escape from an institution and facility in which he was confined by direction of the Attorney General, or his authorized representative, by willfully failing to report to said facility by the date and time, to wit: 551 South 35th Street, San Diego, California, said custody and confinement being by virtue of his conviction for violation of 21 U.S.C. §§ 841(a)(1) and 846 and all in violation of 18 U.S.C. §§ 751(a) and 4082(a).

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

Carlos Cuevas
Deputy U.S. Marshal
U.S. Marshals Service

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1, by telephone on this 19th day of January 2023.

HONORABLE David D. Leshner
United States Magistrate Judge

# PROBABLE CAUSE STATEMENT

I, Carlos Cuevas, being duly sworn, hereby depose and say;

I am currently employed as a Deputy United States Marshal (DUSM) and have been so employed for approximately three years.

On January 11, 2023, I was assigned to investigate the escape and current whereabouts of Raul Rodriguez. Rodriguez was placed on escape status as a result of not reporting to the Core Civic, Inc. Ocean View facility, located at 551 South 35th Street, San Diego, CA 92113 (Core Civic).

Following my assignment to this case, I reviewed records maintained by Core Civic, Inc., the Bureau of Prisons, U.S. District Court, and United States Marshals Service for relevant information and documents which provided the following facts:

On October 14, 2020, the Honorable Roger T. Benitez, U.S. District Court for the Southern District of California sentenced Rodriguez to 63 months imprisonment and five years of supervised release for violation of 21 USC 841(a)(1), 846 – Conspiracy to Distribute Methamphetamine Case No. 16CR0604-BEN.

On October 25, 2022, FDC Sheridan released Rodriguez on furlough at 6:30am and provided Rodriguez with specific, detailed instructions to appear at Core Civic, Inc., located at 551 S. 35th St, San Diego, CA by no later than 6:30pm that day and to remain in the custody of the Federal Bureau of Prisons (BOP) and under the supervision of Core Civic, Inc. until an anticipated release date of 4/17/2023.

On October 25, 2022, at approximately 6:50p.m., RRC staff notified the Bureau of Prisons that Rodriguez was placed on escape status due to his unknown whereabouts.

Rodriguez remains a fugitive at large because his current whereabouts are unknown.